# JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :

    - v. -                    :          **INDICTMENT**

LUIS CORREA,                 :     **11 CRIM 059**
    a/k/a "Lu-Nice,"

                             :

        Defendant.           :

- - - - - - - - - - - - - - - x



## COUNT ONE

The Grand Jury Charges:

On or about January 13, 2011, in the Southern District of New York, LUIS CORREA, a/k/a "Lu-Nice," the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the distribution of "crack" cocaine in the Bronx, New York, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, a semi-automatic pistol, which CORREA discharged at another individual in the vicinity of 1209 Wheeler Avenue, Bronx, New York.

(Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.)


_____
FOREPERSON


_____
PREET BHARARA
United States Attorney